| | |
|---|---|
| JAMES DAVID LOGAN, II,<br><br>Plaintiff,<br><br>v.<br><br>D.L. GAMBOA, et al.,<br><br>Defendants. | 2:16-cv-2020 AC P<br><br><br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. He has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 5.

By order filed on May 24, 2017, plaintiff was given a final thirty days to file an amended complaint after failing to comply with the court's previous order. ECF No. 40. Plaintiff has now filed a motion to amend and request for a complaint form. ECF No. 44. The motion to amend is denied as moot in light of the opportunity already given to amend, but the request for a complaint form will be granted.

In drafting his amended complaint, plaintiff should look at the screening order (ECF No. 31) and is reminded that all the claims he wishes to make must be in the amended complaint. Plaintiff is informed that there will be no more extensions of time granted to him by this court to file the first amended complaint. Therefore, if the amended complaint is not filed within the

1

allotted thirty days, plaintiff's case will be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend (ECF No. 44) is denied as moot.

2. Plaintiff has thirty days from service of this order to file an amended complaint. Failure to file an amended complaint will result in dismissal of this action without further warning.

3. Plaintiff's request for a complaint form is granted. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: June 9, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE